**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| DELORES BRYANT HUDSON,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD RAY HUDSON, WENDY BROWN HUDSON, VERSA HIGGIN KOSTEN,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 9:26-CV-00512-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

On July 10, 2026, the Court referred this case to United States Magistrate Judge Zack Hawthorn. On October 26, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 13], which recommended dismissing Plaintiff Delores Bryant Hudson's ("Hudson") *Complaint* [Dkt. 1] "[b]ecause Hudson's allegations are frivolous and lack an arguable basis in law and fact." Dkt. 13, at 2.

The Court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* [Dkt. 13]. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct. The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation Dismissing Plaintiff's Complaint* [Dkt. 13] is ADOPTED. The Clerk of Court is ordered to close this case and all pending motions are DENIED as moot.

**SIGNED this 17th day of November, 2026.**

Michael J. Truncale
United States District Judge